RONALD BENJAMIN MITCHELL
DEBORAH ANN MITCHELL
 PRO SE

FILED

October 1, 2023

FILED

2023 SEP 32 A II: 10

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

2023 OCT -2 A II: 12

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

IN RE:
ROBERTA NAPOLITANO
CHAPTER 13 STANDING TRUSTEE

CHAPTER 13 CASE NO. 23-30450

## OBJECTION TO CONFIRMATION DENIAL

Ronald Benjamin Mitchell and Deborah Ann Mitchell object to the confirmation denial of Chapter 13 Trustee Roberta Napolitano for the following reason(s).

First, we apologize for sending our payment of 2,400.00 in the form of a cashier's check late, we have been working diligently and carefully to send accurate information to you and the payment didn't get sent off on time, <u>but we are able to comply with the payment plan.</u> You should receive the payment shortly followed by the next required payment due by the 8th.

1. <u>Additional documentation was required.</u> In our initial phone hearing on August 18,2023 meeting with Trustee Napolitano, we provided everything we understood was required from the list that was sent prior to the phone hearing. We/Ronald and Deborah were asked to send Trustee Napolitano tax returns (federal and state) for 2019-2022. Ronald informed Trustee Napolitano that we're non-tax payers. As Civilians we discovered that we are not required to pay taxes, only tax payers are required to do so. <u>Trustee Napolitano asked for additional paperwork</u> which Ronald, Deborah and Trustee Napolitano agreed on September 22, 2023 as a deadline to get her the information. Doing this Pro Se is an undertaking we have financially chosen to do. We understand documents are required but we are working to make sure we research and give you documents based on truth and the law.

2. <u>Personal Bias</u> The statement (in number 2 of Trustee Napolitano's Objection) that we are not willing to cooperate with Trustee Napolitano is NOT TRUTH. This personal assumption led us/Ronald and Deborah to believe that Trustee Napolitano had no intention of taking our case seriously therefore robbing us of our due process. Also, Trustee Napolitano's statement during our phone hearing on August 18, 2023. Where Trustee Napolitano stated that she was going to object our Chapter 13 filing but it was up to the Judge to decide. This is also reflected in her sending out her OBJECTION TO CONFIRMATION letter days before our agreed upon date of September 22, 2023 shown on the post marked below.



Pg. 1 of 4

3. <u>Working diligent to comply with requests</u>. Number 4 in Trustee Napolitano's Objection states that our plan does not "conform" to claims filed. We/ Ronald and Deborah are following the LAW, conforming means going along with the deliberate deception/ fraud that Wells Fargo Home Mortgage is trying to commit. Through our extensive research and understanding of our rights by LAW, our property on 290 Tuthill Street West Haven, CT is <u>unsecured private property</u>, and the loan which was an unsecured consumer credit transaction, and NOT a home mortgage loan <u>has been satisfied;</u> according to the Truth and Lending Statement (please see copy attached). Wells Fargo Bank Home Mortgage was never supposed to start foreclosure proceedings on an unsecured consumer transaction their deliberate deception and fraudulent practices violates our legal rights, and they are NOT CREDITORS.

We provided an estimated value for the 1987 Winnebago based on the extensive amount of work needed to have it operatable. We are not required to give you a third party valuation of the 1987 Winnebago, because it is a private recreation essential, as well as our private necessity automobiles which are not a part of the bankruptcy.

4. <u>Failure to provide documents</u>. Number 3 in Trustee Napolitano's Objection states that she was not able to conclude Section 341 of the Bankruptcy Code. As agreed by Trustee Napolitano, Ronald and Deborah Mitchell would be given additional time to send requested information, September 22 to be exact. On the August 18, phone hearing we/Ronald and Deborah Mitchell didn't know what to expect because we had never gone through these proceedings before.  1. we are doing this Pro Se. 2. we/Ronald and Deborah were trying to answer questions we weren't familiar with that required a rapidly quick response by Trustee Napolitano (because the court was behind schedule that day, which Trustee Napolitano did apologize for) causing Ronald and Deborah to fumble over responses causing Trustee Napolitano's tone and patients to change. There was some confusion about the homebased business which has not been active since covid. Therefore, there has been no profit or loses associated with the business, DBA Ronald Mitchell. Therefore, we have no profit loss documentation to submit. On September 22, 2023 there was a call to Trustee Napolitano's office by Deborah Mitchell letting her know that we were still working on getting her the information we worked hard to gather and we would have it to her soon. We left call back information to speak to her directly to share what we now have put in this counter objection.

Wherefore, Ronald Benjamin Mitchell, Deborah Ann Mitchell requests that Confirmation of the Plan be accepted.

/s/ Ronald-Benjamin: Mitchell. BENE. without prejudice UCC 1-308all rights reserved/retained
/s/ Deborah -Ann: Mitchell. BENE. without prejudice UCC 1-308 all rights reserved/retained
<span>PRO SE
290 Tuthill Street
West Haven, Connecticut [06516]
Tel: (203) 415-0010
Email: ronaldmitchell08@gmail.com</span>

MITCHELL 23-30450

.h
**FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT**
These disclosures are provided by

Bristol Mortgage Corporation
2558 Whitney Avenue
Hamden, Ct.  06518-3032

Date: July 13 ,19 93 Loan# 298646

Borrowers:  RONALD B. MITCHELL
DEBORAH A. MITCHELL

Property
Location:  290 TUTHILL ST
WEST HAVEN, CONNECTICUT  06516

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.497 e % | $139,265.68 e | $ 93,191.15 e | $ 232,456.83 e |

Your payment schedule will be:

| Number of Payments | Amount of Payments | | When Payments are Due |
|---|---|---|---|
| 346 e | Varying from $ 660.15 | to  623.00 e | Monthly, beginning October 1, 1993 |
| 13 e | $ 621.42 | e | Monthly, beginning August 1, 2022 |
| 1 e | $ 615.87 | e | Monthly, beginning September 1, 2023 |
| | $ | | |
| | $ | | |
| | $ | | |
| | $ | | |
| | $ | | |
| | $ | | |
| | $ | | |
| | $ | | |
| | $ | | |
| | $ | | |

KEEP THIS COPY FOR INFORMATION

☐ **Variable Rate:** This loan has a variable rate feature. Variable Rate Disclosures have been provided to you earlier.

☐ This obligation has a demand feature.

**Security:** You are giving a security interest in

☒ the property being purchased.

☐ _____

**Late Charge:** If payment is **15 days** late, you will be charged $  26.41  / 4.0000  % of the payment.

**Prepayment:** If you pay off early, you
☒ may  ☐ will not  have to pay a penalty.
☒ may  ☐ will not  be entitled to a refund of part of the finance charge.

**Assumption:** Someone buying your home
☐ cannot assume the remainder of the mortgage on the original terms.
☒ may, subject to conditions, be allowed to assume the remainder of the mortgage on the original terms.

You may obtain property insurance from anyone you want that is acceptable to Bristol Mortgage Corporation.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

e means an estimate

I/We hereby acknowledge receipt of this disclosure.

_____ / _____
RONALD B. MITCHELL                                    Date

_____ / _____
DEBORAH A. MITCHELL                                    Date

The following information is provided for informational purposes only and are not part of the Truth-in-Lending Disclosure Statement.

These disclosures are based on a Loan Amount of $  97,300.00  and a Note Rate of  6.6000  %.

TIL

PS.3of4

RONALD BENJAMIN MITCHELL                           October 2, 2023
DEBORAH ANN MITCHELL
 PRO SE

IN RE:
ROBERTA NAPOLITANO                    : CHAPTER 13 CASE NO. 23-30450
CHAPTER 13 STANDING TRUSTEE

## CERTIFICAT OF SERVICE

Certifies that on **October 2, 2023**, copies of the following documents served: OBJECTION TO

CONFORMATION DENIAL


Were sent to the following induvial(s) listed below via

**Parties Served Walked in :**
United States Bankruptcy Court
157 #18A  Church Street  New Haven, CT 06510


**Parties Served Certified Mail:**
Roberta Napolitano, Trustee
Chapter 13 Standing Trustee
10 Columbus Blvd.  6th Fl.
Hartford, CT 06106

**Parties Served Electronically Include:**   A. Michelle Hart Ippoliti  michelle.ippoliti@mccalla.com,
mccallaecf@ecf.courtdrive.com
Linda St. Pierre  bankruptcyecfmail@mcalla.com
Linda St. Pierre @mccalla.com;mccallaecf@ecf.courtdrive.com
Kim McCabe, Assistant United States Trustee ustpregion02nh.ecf@usdoj.gov
Grayson K. Dyke gvandyke@reedsmith.com
Roberta Napolitano rnapolitano@ch13rn.com
p

pg.4oF4