Ronald Benjamin Mitchell
Deborah Ann Mitchell
Pro se
290 Tuthill Street
West Haven, Connecticut [06516]
(203) 415-0010
**January 23, 2024**

FILED

2024 JAN 23 P 1:49

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

United States Bankruptcy Court, Connecticut
157 Church Street 18 floor
New Haven, CT 06510

**Re: Case# 23-30450**

# OBJECTION TO RELEASE OF STAY

I/We, Ronald Benjamin Mitchell, Deborah Ann Mitchell being of sound mind and competent to make this affidavit, hereby depose and state as follows:

We (Ronald and Deborah Mitchell) are submitting this affidavit to **OBJECT to the requested release of the stay** on 290 Tuthill Street West Haven, Connecticut; and ask the court to keep the current stay in place. The supporting documents were already put on record January 10, 2024. They were also sent via mail to Reed Smith LLP, and the standing Chapter 13 Trustee, Roberta Napolitano for the following reasons.

1. Violation of our **Homestead Rights!**

2. **Wrongful foreclosure:** The Truth and Lending statement proves that we had an <u>**unsecured consumer credit transaction loan**</u>, not a commercial loan. Wells Fargo filing foreclosure which involves the seizure of personal property, a homestead, and the threats to take the property through the nonjudicial foreclosure act, which may violate the takings clause of the Fifth Amendment to the Constitution of the United States.

1

3. **No verification of debt**: Wells Fargo Bank was non-compliant in providing us (Ronald and Deborah Mitchell) verified accounting. The request was made in three separate Qualified Written Request letters, all asked with clarity and specificity for a comprehensive accounting statement. Wells Fargo failed to comply. Instead, we (Ronald and Deborah Mitchell) were just sent multiple envelopes, photo copies of paperwork, nothing signed by a certified accountant. We (Ronald and Deborah Mitchell) have the right to ask for a Certified Statement of Accounting under the Connecticut Uniform Commercial Code Article 42a-9-210. Wells Fargo did not provide a signed certification of the accounting verifying the debt, with the name of a credited accounting firm to make sure the accounting was truthful and accurate. This was their first level of deception,

4. **Violation of Fair Debt Collections Practicing Act**: Joint Resolution June 5th 1933. **Satisfaction In Accord**. Please see our authenticated statement of accounting attached.

Based upon the attached information Wells Fargo Bank or any anyone representing them does not have the lawful right to request a lift of stay when verification of alleged debt has not been provided nor confirmed. Wells Fargo Bank is STILL violating or rights and in violation of Federal laws.

Wells Fargo has filed a claim against us (Ronald and Deborah Mitchell) along with foreclosure proceedings; but has not provided to us any **PROOF OF CLAIM** to back up their claim. So how or why is the court going fourth with these procedures without any authenticated proof of claim that an alleged debt is owed. We (Ronald and Deborah Mitchell) are asking the court to please provide us with a copy of the authenticated proof of claim that Wells Fargo submitted to the court that was placed on the record. We (Ronald and Deborah Mitchell) are intitled to receive a copy of <u>all</u> Wells Fargo documents placed on record, *especially because of their fraudulent history in dealing with their customers.* So, we are asking the court to keep the current stay in place for the private property, 290 Tuthill Street West Haven, Connecticut.

2

*In December 20, 2022 it was reported by the Consumer Financial Protection Bureau that Wells Fargo Bank had to pay 3.7 billion for illegal actions (**repeatedly misapplied loan payments, wrongfully foreclosed on homes** and illegally repossessed vehicles…) affecting over 16 million customer accounts.*

*Also reported May 31, 2023 former Wells Fargo executive agreed to pay nearly 5 million to settle charges levied by the Securities and Exchange Commission related to the **banks fake account scandal**.*

*Published August 25, 2023 Wells Fargo pays a 35 million dollar fine for charging excessive advisory fees.*

**Dated January 23, 2024**

*[signature]*
Without Prejudice UCC1-308 All Rights Reserved All Rights Retained.

*[signature]*
Without Prejudice UCC1-308 All Rights Reserved All Rights Retained

Ronald Benjamin Mitchell
Deborah Ann Mitchell

3

*In December 20, 2022 it was reported by the Consumer Financial Protection Bureau that Wells Fargo Bank had to pay 3.7 billion for illegal actions (**repeatedly misapplied loan payments, wrongfully foreclosed on homes** and illegally repossessed vehicles...) affecting over 16 million customer accounts.*

*Also reported May 31, 2023 former Wells Fargo executive agreed to pay nearly 5 million to settle charges levied by the Securities and Exchange Commission related to the **banks fake account scandal**.*

*Published August 25, 2023 Wells Fargo pays a 35 million dollar fine for charging excessive advisory fees.*

**Dated January 23, 2024**


---
Without Prejudice UCC1-308 All Rights Reserved All Rights Retained.


---
Without Prejudice UCC1-308 All Rights Reserved All Rights Retained

Ronald Benjamin Mitchell
Deborah Ann Mitchell

3

# Breach of contract- Fraudulent Accounting Practices:

6/25/2023

To Whom It May Concern:

This communication is presented to your organization as a courtesy. Please be advised that it contains pertinent legal and private information that is to be held and kept in confidence.

## NOTICE OF TERMINATION OF TRUSTEE DUE TO TRUSTEE MALFEASANCE
## Breach of contract- Fraudulent Accounting Practices

| Request for Cease and Desist |
|---|
| YOU ARE HEREBY ORDERED TO CEASE AND DESIST ANY AND ALL MANAGEMENT ACTIVITIES RESPECTING THE REFERENCED ACCOUNT. |

This Notice is pursuant to and in conjunction with a purported Deed of Trust.

It has come to our attention that the "grantor's intentions is law of the trust", that the trust agreement includes all of the necessary parties and necessary prerequisites to qualify as a trust under the common laws of the United States of America.

| Clients Name: | Interest Location: | Accountant Numbers: |
|---|---|---|
| Wells Fargo Home Mortgage | 1 Home Campus MAC F2302-045 Des Moines, IA 50328 | 0055667547 (298646) |
| Date of Agreement: 2/22/2005 | Date of Tender to LFRA (local Federal Reserve Agent) 2/22/2005 | Date of Satisfaction Demand: 3/22/2005 |
| COLLATERAL SECURITY for the note: The original promissory note see: 59 Stat. 237, § 2   $147,000.00 | Total value of the promissory note: $294,000.00 | Total value of collateral security $441,000.00 |
| Date note was satisfied (on or about) 3/22/2005 | Date of return of collateral 4/22/2005 | Was there additional collateral Yes ☐   No ☒ |
| Were there payments made after collateral was tendered in the form of a promissory note? Yes ☒   No ☐ | Were there notifications of additional payments being due according to the original agreement? Yes ☒   No ☐ | Was there ever a need to refinance as a result of demand for additional payments? Yes ☐   No ☒ |
| Have the authorities been notified? Yes ☒   No ☐ | If so when? | Was it by formal complaint? Yes ☒   No ☐ |

The agreement between the parties initial and otherwise allows for the loan to carry a specific and/or particular interest rate according to the terms of the agreement. Nowhere does it appear in the agreement that the agreement suggests that the lender may receive the interests first by acceleration. The only acceleration clause associated with the note is if the borrower is in default!

AMCF REAL ESTATE PRIVATE FOUNDATIONAL TRUST ORGANIZATION – A.R.T.F.O.
304 S Jones Blvd
VOID Econ Opt-Out
Las Vegas, Nevada (Non-Domestic)
(no bulk mail or parcels accepted)

http://amcf.estate

*this or any related notification does not supersede any prior or subsequent notices*
Page 1 of 4

## Breach of contract- Fraudulent Accounting Practices:

Prior to any default, the lender has been applying all payments to the interest and not the principal, this is a violation and a fraudulent practice as it circumvents the borrower's rights as well as the intentions of the grantor of the trust itself.

The interest rate is in addition to the amount applied for by application, and as such, the interest rate is broken down attachment to the monthly rate respecting monthly payments. Nowhere in the contractual agreement between the parties has there been any consent to the misapplication of any payment received by the lender, to apply any of the payments to interest only.

It is believed based upon reliable sources and reliance upon the facts themselves, that the lender and or the servicing agent acting on behalf of the lender, and or, the trustee acting on behalf of the servicing agent and/or the lender, have participated in this ongoing crime to conspire to deprive the borrower of their right to property, right to contract, and their right to fair dealings. There was misrepresentations and falsity whereby the lender with the support of the courts have suggested that such a practice was lawful, when the law, i.e.: "the deed of trust", was the supreme law of the agreement between the parties, and nowhere within that agreement was there a provision for the seizure of the interest ahead of the application to the principle. It is our belief and presumption under law that the following has taken place:

1. That the lender, by and through its agents are claiming that no principal payments have been received!

2. That the lender, by and through its agents has placed a lien on the property and at the same time taking the mortgage and traded it on the market by pooling it through a servicing agreement with other mortgages, making a capital gain and failing to report such gains in the accounting framework!

3. The servicing of the loan is not a mandatory provision of the contractual agreement between the parties, in fact, the party's agreement only curtails the borrower making payments to the lender, nowhere in the agreement for the servicing fees and/or charges. The lender treating the property and/or the mortgage on the market has not paid any of the dividends to the borrower for the trading of their interest and/or property on the market as required by law!

4. That the "collateral security" i.e.: the note, in conjunction with the original application satisfies the payment requirements of the original promissory note and loan application as prescribed by applicable law, i.e.: 59 Stat 237 §2!

5. That the financial institution i.e. the lender, is part of the Federal Reserve, and is obliged to follow the Federal Reserve act as written, that the lender was cognizant that it was required in order to receive Federal Reserve notes in exchange for the extension of credit as identified in the truth in lending act statement, that it was to submit the note and the application to the Federal Reserve Board of Governors, for which they were to receive payment in full.

6. It is believed that the lender did receive payment in full, that the lender did recognize the note and application as being collateral security, and that the lender failed in its duties to properly account

AMCF REAL ESTATE PRIVATE FOUNDATIONAL TRUST ORGANIZATION – A.R.T.F.O.
304 S Jones Blvd
VOID Econ Opt-Out
Las Vegas, Nevada (Non-Domestic)
(no bulk mail or parcels accepted)

http://amcf.estate

this or any related notification does not supersede any prior or subsequent notices

Page 2 of 4

## Breach of contract- Fraudulent Accounting Practices:

in the record the aforementioned facts, amounting to deliberate and intentional misrepresentations as well as malfeasance on their part.

It is therefore, that we seek an authenticated record of accounting, as it is believed that there has been misappropriations and misapplication of funds as agreed upon by the parties and we must object to such practices and hereby order that they cease until such proof to the contrary is placed on the record.

<u>You are hereby ordered to cease-and-desist any and all management activities with the referenced account. All communications shall be had at the address listed in the footer of this instrument. Should you at any time communicate with our client under any circumstances, you shall be held liable for breach of agreement between the parties, and for violating our client's right to counsel of choice and to the exercise of their power under the power of attorney principles and law. You will not receive any further warnings henceforth respecting this lawful demand!</u>

Thank you again for your time and your consideration of this important matter and its specific notices.

**Authorized Signature**

*Ronald-Benjamin : Mitch D. BENE*  w/o Prejudice  UCC 1-308

\
\
\
\
\
\
\
\

AMCF REAL ESTATE PRIVATE FOUNDATIONAL TRUST ORGANIZATION – A.R.T.F.O.
304 S Jones Blvd
VOID Econ Opt-Out
Las Vegas, Nevada (Non-Domestic)
(no bulk mail or parcels accepted)

http://amcf.estate
*this or any related notification does not supersede any prior or subsequent notices*
Page 3 of 4

# Breach of contract- Fraudulent Accounting Practices:

## NOTARIAL CERTIFICATE

United States of America  )
State of Connecticut      )
County of New Haven       )

On this 1/10/2024, the affiant Ronald Mitchell personally appeared before me, known or identified to me to be the individual who executed the foregoing document and acknowledged the same as a free act and deed for uses and purposes therein expressed.

_Notary Signature_

MARIBEL TREICHEL
Notary Public
Connecticut
My Commission Expires Apr 30, 2027

AMCF REAL ESTATE PRIVATE FOUNDATIONAL TRUST ORGANIZATION – A.R.T.F.O.
304 S Jones Blvd
VOID Eeon Opt-Out
Las Vegas, Nevada (Non-Domestic)
(no bulk mail or parcels accepted)

http://amcf.estate
this or any related notification does not supersede any prior or subsequent notices
Page 4 of 4

CASE NO. 23-30450

# CERTIFICAT OF SERVICE

Certifies that on **January 23, 2024**, copies of the following documents served:

OBJECTION TO RELEASE OF STAY

Were sent to the following induvial(s) listed below via

**Parties Served Walked in :**
United States Bankruptcy Court
157 #18A  Church Street  New Haven, CT 06510

**Parties Served by Mail:**
Roberta Napolitano, Trustee
Chapter 13 Standing Trustee
10 Columbus Blvd.  6th Fl.
Hartford, CT 06106

Reed Smith LLP
506 Carnegie Center Suite 300
Princeton, NJ 08540
Attn: Diane A. Bettino

4

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Connecticut
County of New Haven

On **January 23, 2023** before me _____ Notary Public, personally stood **Deborah Ann Mitchell** a natural person, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of Connecticut that the foregoing paragraph is true and correct.**

_Deborah Ann Mitchell_ (signature)

WITNESSED my hand and official seal.

Notary Signature _____ Expires on _March 31, 2024_

_Jahmeca S Galloza_ (signature)

JAHMECA S GALLOZA
Notary Public
Connecticut
My Commission Expires Mar 31, 2024

(Seal)

5